AKERMAN SENTERFITT LLP
DONALD M. SCOTTEN (CA SBN 190532)
Email: donald.scotten@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
The Kittredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MAJIMAN HAFIZ,<br><br>Plaintiff,<br><br>v.<br><br>AURORA SERVICES, a Business entity, form unknown, CAL-WESTERN RECONVEYANCE CORPORATION, a Business entity, form unknown; GREENPOINT MORTGAGE FUNDING, INC., a business entity, form unknown; and all persons unknown, claiming any legal or equitable right, title estate, lien, or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and Does 1 though 30, inclusive,<br><br>Defendants. | Case No. 3: 09-cv-2083-MHP<br>Hon. Marilyn H. Patel<br><br>**FIRST STIPULATION RE AMENDED COMPLAINT AND AURORA LOAN SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, MOTION TO EXPUNGE LIS PENDENS, AND MOTION TO STRIKE AS TO THE ORIGINAL COMPLAINT**<br><br>Complaint Filed: May 6, 2009<br>Trial Date: None |

**TO THE COURT ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Majiman Hafiz (**plaintiff**) and defendant Aurora Loan Services LLC (**Aurora**) hereby stipulate as follows:

{DN006295;1}                                                            1

---
STIPULATION RE MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO EXPUNGE LIS PENDENS FILED BY DEFENDANT AURORA LOAN SERVICES LLC – Case No. 3:09-cv-2083-MHP

WHEREAS, defendant Aurora filed a motion to dismiss plaintiff's complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), for an order expunging the *lis pendens* recorded by plaintiff, and to strike the prayer for punitive damages which motions were set for hearing before the Honorable James Larson, Chief Magistrate Judge on July 15, 2009 (*See* Docket Nos. 18 and 19);

WHEREAS, plaintiff declined to proceed before Judge Larson, and the matter was reassigned to Judge Patel's calendar. (*See* Docket Nos. 22 and 24);

WHEREAS, under Judge's Patel's standing order, Aurora is required to move *ex parte* for leave of Court to have its motions heard before the initial case management conference;

WHEREAS, plaintiff has represented to Aurora that she will file an amended complaint on or before July 13, 2009, dismissing, at minimum, the following claims as against Aurora:

1. First Cause of Action, for Declaratory Relief, insofar as the claim deals with issues surrounding possession of the promissory note, placement of the note in a trust pool, and fraud on the court.

2. Fifth Cause of Action for Violation of Equal Credit Opportunity Act

3. Violation of Fair Housing Act

4. Seventh Cause of Action for Contractual Breach of Implied Covenant of Good Faith and Fair Dealing

5. Eight Cause of Action for Violation of California *Civil Code* §§ 1920 and 1921

6. Ninth Cause of Action for Violation of California *Civil Code* § 1916.7

7. Those portions of the Twelfth Cause of Action for Unfair Business Practices based on violations of California *Business and Professions Code* §§ 17500, *et seq.*

8. Thirteenth Cause of Action for Breach of Fiduciary Duty

{DN006295;1}  2

WHEREAS, based on this representation by plaintiff, Aurora will refrain from requesting leave of Court to file its motion to dismiss to the original complaint and wait to respond to plaintiff's upcoming amended complaint to be filed on or before July 13, 2009;

WHEREAS, plaintiff hereby agrees that she shall not take any action to move for entry of default against Aurora, and that, in the event plaintiff does not file an amended complaint by July 13, 2009, Aurora shall have an extension of time of 30 days from July 13, 2009 to move for leave of court and file its motion to dismiss, expunge the lis pendens, and strike as to her original complaint;

WHEREAS, plaintiff agrees that she will not oppose or otherwise object to any *ex parte* motion by Aurora to seek leave of Court to file its motions as described herein.

THEREFORE, the parties agree to the following:

1. Plaintiff shall amend her complaint on or before July 13, 2009.

2. Aurora shall not be required to move for leave of court to have its motion to dismiss, expunge lis pendens, and strike as to plaintiff's original complaint based on the representation by plaintiff that she will amend.

3. In the event plaintiff fails to amend by July 13, 2009, Aurora shall be entitled to seek leave of court (as described herein), without objection by plaintiff, to have its motions as to the initial complaint heard before the initial case management conference.

4. Plaintiff shall not make any attempt to seek Aurora's default in this matter concerning the original complaint.

IT IS SO STIPULATED.

{DN006295;1}   3

STIPULATION RE MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO EXPUNGE LIS PENDENS FILED BY DEFENDANT AURORA LOAN SERVICES LLC – Case No. 3:09-cv-2083-MHP

Dated: July 1, 2009

Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: /s/ *Justin D. Balser*
    Justin D. Balser
Attorneys for Defendants
AURORA LOAN SERVICES LLC

**LAW OFFICES OF MAHESH BAJORIA**

By: */s/ Mahesh Bajoria**
    Mahesh Bajoria
Attorneys for Plaintiff
MAJIMAN HAFIZ
* *e-signature approved by plaintiff's counsel via email on July 1, 2009*

7/2/2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{DN006295;1}

4

STIPULATION RE MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO EXPUNGE LIS
PENDENS FILED BY DEFENDANT AURORA LOAN SERVICES LLC – Case No. 3:09-cv-2083-MHP