MAHESH BAJORIA, ESQ. [SBN 224849]
Law Offices of Mahesh Bajoria
39355 California Street, Suite 310
Fremont, CA 94538
(510) 791-9911 (office)
(510) 791-9912 (fax)
E-mail: mahesh@bajorialaw.com

Attorneys for Plaintiff
MAJIMAN HAFIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJIMAN HAFIZ,<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, et al.<br><br>Defendants. | Case No.: CV 09-2083 MHP<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS AURORA LOAN SERVICES LLC; GREENPOINT MORTGAGE FUNDING, INC; CAL-WESTERN RECONVEYANCE CORPORATION**<br><br>Action Filed: May 6, 2009<br><br>Judge: Hon. Marilyn Patel |

NOTICE IS HEREBY GIVEN that Plaintiff MAJIMAN HAFIZ is voluntarily dismissing all claims in the above-captioned action against defendants Aurora Loan Services LLC, Greenpoint Mortgage Funding, Inc, and Cal-Western Reconveyance Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1).  Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment. Pedrina v. Han Kuk Chun, 987 F.2d 608, 609 (9th Cir. 1993).

Dated: September 7, 2009

                                       /s/ Mahesh Bajoria
                          Mahesh Bajoria, Attorneys for Majiman Hafiz

IT IS SO ORDERED
Judge Marilyn H. Patel
9/8/2009

1

Notice of Dismissal of Defendants